IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

ANDRE FARRER,

    PLAINTIFF

    vs

THE CITY OF NEW YORK, etc.,
et al.,

    DEFENDANTS

_____

NOTICE OF AMENDMENT OF COMPLAINT [AS A MATTER OF RIGHT PURSUANT TO RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE

    Now comes the Plaintiff Andre Farrer, by and through his counsel, James I. Meyerson, 64 Fulton Street @ Suite # 502, New York, New York 10038 [212] 226-3310[212] 513-1006 [FAX], and hereby and herein notices the Plaintiff's First Amendment of the Complaint herein as a matter of right there having been no responsive pleading to the initial Complaint filed to date and the Defendants time to respond having, as of this date, been extended until to January 7, 2008.

    The only amendment being made to the Complaint by this Notice and the contemporaneously filed First Amended Complaint is to the caption so as to correct the Plaintiff's first name and to reflect that the Plaintiff's name is Andre Farrer rather than, as recorded in the

initial Complaint, Anthony Farrer. No other aspect to the Initial Complaint is amended by this Notice and the First Amended Complaint filed contemporaneously herewith.

DATED: New York, New York
       November 5, 2007

                              Respectfully submitted,

                              /s/James I. Meyerson_____
                              JAMES I. MEYERSON [JM 4304]
                              64 Fulton Street @ Suite # 502
                              New York, New York 10013
                              [212] 226-3310
                              [212] 513-1006/FAX
                              ATTORNEY FOR PLAINTIFF
                              BY:_____

TO:
BAREE FETT, ESQ.
Assistant Corporation Counsel
City of New York
Department of Law
Special Federal Litigation Division
100 Church Street-3rd Floor
New York, New York 10038
[212] 788-8343
[212] 788-9776
ATTORNEY FOR DEFENDANT CITY OF NEW YORK

NEW YORK CITY POLCIE OFFICER MICAEL SALCIONE
52nd Precinct
3016 Webster Avenue
Brooklyn, New York 10467

CERTIFICATE OF SERVICE

    James I. Meyerson, Esq., attorney for the Plaintiff Andre Farrer, certifies that on the 6th day of November, 2007, I did serve a copy of the foregoing upon counsel for the Defendant City by having such hand delivered to her office, along with the Plaintiff's First Amended Complaint associated herewith and inter-related thereto, as follows; Baree Fett, Esq., Assistant Corporation Counsel, City of New York, Department of Law, Special Federal Litigation Division, 100 Church Street-3rd Floor, New York, New York 10007. I also had a copy of the foregoing served upon Defendant Michael Salcione, along with a copy of the First Amended Complaint, at his business as follows: New York City Police Officer Michael Salcione, 52nd Precinct, 3016 Webster Avenue, Bronx, New York 10467.

DATED: New York, New York
      November 5, 2007

                                      Respectfully submitted,

                                      /s/ James I. Meyerson_____
                                      JAMES I. MEYERSON [JM 4304]
                                      64 Fulton Street-Suite # 502
                                      New York, New York 10038
                                      [212] 226-3310
                                      [212] 513-1006/FAX
                                      ATTORNEY FOR PLAINTIFF
                                      BY:_____