UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ANDRE FARRER,

                               Plaintiff,

                    -against-

THE CITY OF NEW YORK, a municipal entity, NEW YORK CITY POLICE OFFICER, NEW YORK CITY POLICE OFFICERS "JOHN DOES", all of the identified and non identified persons in its individual and in its official capacities, NEW YORK CITY POLICE OFFICER MICHAEL SALCIONE, in his individual and his official capacities,

                              Defendants.

**ANSWER TO FIRST AMENDED COMPLAINT**

07 CV 9305 (DC) (KNF)

**Jury Trial Demanded**

------------------------------------------------------------------ x

       Defendant City of New York ("City"), by its attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for its answer to the complaint, alleges upon information and belief as follows:

       1.     Denies the allegations set forth in paragraph "1" of the complaint, except admits that plaintiff was arrested on July 7, 2007.

       2.     Denies the allegations set forth in paragraph "2" of the complaint, except admits that plaintiff purports to proceed as stated therein.

       3.     Denies the allegations set forth in paragraph "3" of the complaint, except admits that plaintiff purports to proceed as stated therein.

       4.     Denies the allegations set forth in paragraph "4" of the complaint, except admits that plaintiff purports to invoke the jurisdiction of the Court as stated therein.

5. Denies the allegations set forth in paragraph "5" of the complaint, except admits that plaintiff purports to invoke the jurisdiction of the Court as stated therein.

6. Denies the allegations set forth in paragraph "6" of the complaint, except admits that plaintiff purports to invoke the jurisdiction of the Court as stated therein.

7. Denies the allegations set forth in paragraph "7" of the complaint, except admits that plaintiff purports to proceed as stated therein.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "8" of the complaint.

9. Denies the allegations set forth in paragraph "9" of the complaint, except admits that defendant City is a municipal entity and maintains a police department and respectfully refers the Court to the New York State Charter.

10. Denies the allegations set forth in paragraph "10" of the complaint, except admits that defendant Michael Falcione is employed by the City of New York as a police officer.

11. Denies the allegations set forth in paragraph "11" of the complaint, except admits that plaintiff was arrested on July 7, 2007.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "12" of the complaint.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "13" of the complaint.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "14" of the complaint.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "15" of the complaint.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "16" of the complaint.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "17" of the complaint.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "18" of the complaint.

19. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "19" of the complaint.

20. Denies the allegations set forth in paragraph "20" of the complaint, except denies knowledge or information sufficient to form a belief regarding the events that occurred when plaintiff appeared in court.

21. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "21" of the complaint.

22. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "22" of the complaint.

23. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "23" of the complaint.

24. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "24" of the complaint.

25. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "25" of the complaint.

26. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "26" of the complaint.

27. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "27" of the complaint.

28. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "28" of the complaint.

29. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "29" of the complaint.

30. Denies the allegations set forth in paragraph "30" of the complaint.

31. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "31" of the complaint.

32. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "32" of the complaint.

33. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "33" of the complaint.

34. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "34" of the complaint.

35. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "35" of the complaint.

36. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "36" of the complaint.

37. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "37" of the complaint.

38. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "38" of the complaint.

39. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "39" of the complaint.

40. Denies the allegations set forth in paragraph "40" of the complaint.

41. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "41" of the complaint.

42. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "42" of the complaint, except admits that plaintiff was transported to the 52nd Precinct.

43. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "43" of the complaint.

44. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "44" of the complaint.

45. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "45" of the complaint.

46. Denies the allegations set forth in paragraph "46" of the complaint, except admits that the plaintiff was issued a Summons for disorderly conduct.

47. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "47" of the complaint, except admits that plaintiff was released from the 52nd Precinct on July 7, 2007.

48. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "48" of the complaint.

49. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "49" of the complaint.

50. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "50" of the complaint.

51. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "51" of the complaint.

52. Denies the allegations set forth in paragraph "52" of the complaint.

53. Denies the allegations set forth in paragraph "53" of the complaint, except admits that plaintiff was arrested.

54. Denies the allegations set forth in paragraph "54" of the complaint.

55. Denies the allegations set forth in paragraph "55" of the complaint.

56. Denies the allegations set forth in paragraph "56" of the complaint.

57. Denies the allegations set forth in paragraph "57" of the complaint.

58. Denies the allegations set forth in paragraph "58" of the complaint.

59. Denies the allegations set forth in paragraph "59" of the complaint.

60. Denies the allegations set forth in paragraph "60" of the complaint.

61. Denies the allegations set forth in paragraph "61" of the complaint.

62. Denies the allegations set forth in paragraph "62" of the complaint.

63. Denies the allegations set forth in paragraph "63" of the complaint.

64. Denies the allegations set forth in paragraph "64" of the complaint.

65. Denies the allegations set forth in paragraph "65" of the complaint.

66. Denies the allegations set forth in paragraph "66" of the complaint.

67. In response to the allegations set forth in paragraph "67" of the complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs of its answer, as if more fully set forth herein.

68. Denies the allegations set forth in paragraph "68" of the complaint.

69. Denies the allegations set forth in paragraph "69" of the complaint.

70. In response to the allegations set forth in paragraph "70" of the complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs of its answer, as if more fully set forth herein.

71. Denies the allegations set forth in paragraphs "71" of the complaint.

72. Denies the allegations set forth in paragraph "72" of the complaint.

73. In response to the allegations set forth in paragraph "73" of the complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs of its answer, as if more fully set forth herein.

74. Denies the allegations set forth in paragraph "74" of the complaint.

75. Denies the allegations set forth in paragraph "75" of the complaint.

76. In response to paragraph "76" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

77. Denies the allegations set forth in paragraph "77" of the complaint.

78. Denies the allegations set forth in paragraph "78" of the complaint.

79. In response to paragraph "79" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

80. Denies the allegations set forth in paragraph "80" of the complaint.

81. Denies the allegations set forth in paragraph "81" of the complaint.

82. In response to paragraph "82" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

83. Denies the allegations set forth in paragraph "83" of the complaint.

84. Denies the allegations set forth in paragraph "84" of the complaint.

85. In response to paragraph "85" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

86. Denies the allegations set forth in paragraph "86" of the complaint.

87. Denies the allegations set forth in paragraph "87" of the complaint.

88. In response to paragraph "88" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

89. Denies the allegations set forth in paragraph "89" of the complaint.

90. Denies the allegations set forth in paragraph "90" of the complaint.

91. In response to paragraph "91" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

92. Denies the allegations set forth in paragraph "92" of the complaint.

93. Denies the allegations set forth in paragraph "93" of the complaint.

94. In response to paragraph "94" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

95. Denies the allegations set forth in paragraph "95" of the complaint.

96. Denies the allegations set forth in paragraph "96" of the complaint.

97. In response to paragraph "97" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

98. Denies the allegations set forth in paragraph "98" of the complaint.

99. Denies the allegations set forth in paragraph "99" of the complaint.

100. In response to paragraph "100" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

101. Denies the allegations set forth in paragraph "101" of the complaint.

102. Denies the allegations set forth in paragraph "102" of the complaint.

103. In response to paragraph "103" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

104. Denies the allegations set forth in paragraph "104" of the complaint.

105. Denies the allegations set forth in paragraph "105" of the complaint.

106. In response to paragraph "106" of the complaint, defendant repeats and realleges each response set forth in the preceding paragraphs of its answer as if fully set forth herein.

107. Denies the allegations set forth in paragraph "107" of the complaint.

108. Denies the allegations set forth in paragraph "108" of the complaint.

109. Denies the allegations set forth in paragraph "109" of the complaint.

110. Denies the allegations set forth in paragraph "110" of the complaint.

111. Denies the allegations set forth in paragraph "111" of the complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

112. The complaint fails, in whole or in part, to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

113. Any injuries alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct and were not the proximate result of any act of the defendant.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

114. Defendant has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

115. Plaintiff may not recover punitive damages against the City of New York.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

116. There was probable cause for plaintiff's arrest.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

117. At all times relevant to the acts alleged in the complaint, the duties and functions of defendant's officials entailed the reasonable exercise of proper and lawful discretion. Therefore, defendant City is entitled to governmental immunity from liability.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

118. At all times relevant to the acts alleged in the complaint, the individual defendant acted reasonably in the proper and lawful exercise of its discretion.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

119. Plaintiff's claims are barred, in whole or in part, because he failed to comply with conditions precedent to suit.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

120. Plaintiff may have failed to comply with General Municipal Law §50-i and, accordingly, any claims arising under the laws of the state of New York may be barred.

**WHEREFORE**, defendant requests judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:    New York, New York
          January 7, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                            City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street
                                        New York, New York  10007
                                        (212) 788-8343

                                        By: _____ for Baree Fett
                                            Baree N. Fett (BF9416)
                                            Special Federal Litigation Division

TO: James I. Meyerson, Esq. (by ECF and Mail)
   *Attorney for Plaintiff*
   64 Fulton Street, Suite 502
   New York, New York  10013

Index No. **07 CV 9305 (DC) (KNF)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE FARRER,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity, NEW YORK CITY POLICE OFFICER, NEW YORK CITY POLICE OFFICERS "JOHN DOES", all of the identified and non identified persons in its individual and in its official capacities, NEW YORK CITY POLICE OFFICER MICHAEL SALCIONE, in his individual and his official capacities,

                              Defendants.

## ANSWER

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street
New York, N.Y. 10007

*Of Counsel: Baree N. Fett*
*Tel: (212) 788-8343*
*NYCLIS No. 2007031767*

*Due and timely service is hereby admitted.*

*New York, N.Y.* ......................., 2008 . . .

.................................................*Esq.*

*Attorney for*...............................................