# MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

BAREE N. FETT
Assistant Corporation Counsel
Phone: (212) 788-8343
Fax: (212) 788-9776
bfett@law.nyc.gov

January 25, 2008

**BY FAX**
Honorable Denny Chin
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

    Re:  Anthony Farrer v. City of New York, et al.
          07 CV 9305 (DC)(KNF)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants City of New York and Michael Falcione in this matter. I write to respectfully request an enlargement of time for the defendant Michael Falcione to answer or otherwise respond to the complaint to February 1, 2008. Plaintiff's counsel consents to this application.

    In the complaint, plaintiff alleges, *inter alia*, that on July 7, 2007, he was falsely arrested and subjected to excessive force by officers of the New York City Police Department. On or about January 7, 2008, the City of New York filed an answer to the complaint.

    Service was purportedly attempted on the defendant officer on or about November 20, 2007. However, the complaint incorrectly names "Michael Salcione" as the defendant. After some investigation, this office learned that the correct spelling of defendant's name is "Michael Falcione." This information was conveyed to plaintiff's counsel. On January 24, 2008, the undersigned had the opportunity to meet with defendant Falcione and this office has assumed representation of him. Thus, we respectfully request an additional week to respond to the complaint on his behalf.

    No previous request for an enlargement to answer on behalf of defendant Michael Falcione has been made. Accordingly, we respectfully request that defendant Falcione's time to answer or otherwise respond to the complaint be extended to February 1, 2008.

**APPLICATION GRANTED.**
**SO ORDERED**

Denny Chin, U.S.D.J.    1/29/08

Thank you for your consideration of this request.

Respectfully submitted,

Baree N. Fett (Hassett) (BH9416)
Assistant Corporation Counsel

cc:   James I. Meyerson, Esq. (by Fax)